COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| LV RUNNELS, | | No. 08-11-00211-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 342nd District Court |
| | § | |
| AMERICAN RED CROSS, AMERICAN | | of Tarrant County, Texas |
| RED CROSS CHISHOLM TRAIL | § | |
| CHAPTER, CITY OF FORT WORTH, | | (TC# 342-243320-10) |
| TEXAS, | § | |
| | | |
| | § | |
| Appellees. | | |
| | § | |

## MEMORANDUM OPINION

The clerk's record for this appeal was due on August 4, 2011. The district clerk notified the Clerk of this Court that Appellant failed to pay for the record. Consequently, the clerk's record has not been filed. On August 5, 2011, the Clerk of this Court notified the parties that the Court intended to dismiss the appeal for want of prosecution unless they showed grounds within ten days for continuing the appeal. The notice advised the parties that if no response was received, the appeal could be dismissed without further notice. No one has responded to the notice.

When the clerk's record is not filed because the appellant failed to pay for it, we may dismiss the appeal for want of prosecution, unless the appellant cures the deficiency or shows that he is entitled to proceed without payment of costs. TEX. R. APP. P. 37.3(b). Appellant has been notified of the deficiency, but has neither cured it nor shown his entitlement to proceed without payment of costs. Accordingly, we dismiss the appeal for want of prosecution.

GUADALUPE RIVERA, Justice

August 31, 2011

Before Chew, C.J., McClure, and Rivera, JJ.